# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

TRIMELL DESHAWN MCINTOSH
ADC #109621                                                                                              PLAINTIFF

V.                                    4:08CV04218 SWW/JTR

DOC HOLLADAY,
Pulaski County Sheriff, et al.                                                                     DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray. No objections have been filed. After careful review, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1.      Defendants' Motion for Summary Judgment (docket entry #16) is GRANTED, and this case is DISMISSED, WITH PREJUDICE.

2.      The Court CERTIFIES, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

Dated this 31st day of August, 2009.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE